UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ERIC PIERMAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>STRYKER CORPORATION and HOWMEDICA OSTEONICS CORP,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:19-cv-00679-BEN-MDD<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY DISMISSAL**<br><br>**[ECF. No. 43]** |

## I. INTRODUCTION

Plaintiff Peter Eric Pierman ("Plaintiff") brought this action against Defendants Stryker Corporation and Howmedica Osetonics Corp. (collectively, "Defendants"), seeking declaratory and injunctive relief related to various provisions contained in his employment agreement with Defendants. ECF No. 1.

Before the Court is the Joint Motion to Dismiss the Case brought by Plaintiff and Defendants (the "Joint Motion"). ECF No. 43. After considering the papers submitted, supporting documentation, and applicable law, the Court **GRANTS** the Motion.

## II. BACKGROUND

On April 12, 2019, Plaintiff filed this lawsuit against Defendants, alleging one claim for injunctive and declaratory relief, seeking to have the Court adjudicate that various provisions of his employment agreement were not enforceable. ECF No. 1.

On May 24, 2019, Defendants moved to Dismiss the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, ECF No. 6, which the Court denied on January 23, 2020, ECF No. 24.  On February 3, 2020, Defendants filed answers to the complaint.  ECF No. 25, 26.

On October 8, 2020, Defendants filed a Notice of Settlement.  ECF No. 40.

On October 22, 2020, Plaintiff filed a Joint Motion to Dismiss the entire case *with prejudice*, with each party to bear that party's own attorneys' fees and costs.  ECF No. 43.

### III. LEGAL STANDARD

Rule 41(a) of the Federal Rules of Civil Procedure governs voluntary dismissal of lawsuits and provides that a case may be dismissed "at the plaintiff's request . . . by court order, on terms that the court considers proper." FED. R. CIV. P. 41(a)(2).  Unless otherwise indicated, dismissal under Rule 41(a)(2) is without prejudice.  *Id.*

### IV. ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties jointly move to dismiss this action *with prejudice* as to the entire action.  Having read and considered the Joint Motion submitted by Plaintiff and Defendants, and good cause appearing, the Joint Motion is **GRANTED** as follows:

1. Plaintiff's claims against Defendants are dismissed in their entirety as to all claims for relief *with prejudice* pursuant to Rule 41(a)(2).

2. Each party is to bear its own costs, fees, and expenses.

**IT IS SO ORDERED.**

DATED:   November 30, 2020

     **HON. ROGER T. BENITEZ**
     United States District Judge